# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL COEN, | Case No. 1:15-cv-01529-BAM-PC |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| C. CHEN, | |
| Defendant. | (ECF NO. 7) |
| | FOURTEEN-DAY DEADLINE |

Plaintiff Michael Coen is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

On June 7, 2016, the Court dismissed Plaintiff's October 8, 2015, complaint with leave to amend within thirty days. (ECF No. 7.) Plaintiff was warned that if he failed to file an amended complaint in compliance with the Court's order, this action would be dismissed for failure to obey a court order and failure to state a claim. (Id. at 8:14.) The deadline for Plaintiff to file his amended complaint has passed, and he has not complied with or otherwise responded to the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause, **within**

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on October 26, 2015 (ECF No.5).

1

**fourteen (14) days** of service of this order, why this action should not be dismissed based on Plaintiff's failure to comply with the Court's June 7, 2016, order, for failure to state a claim and for failure to prosecute.

IT IS SO ORDERED.

   Dated:   **July 18, 2016**          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE